TO: DOCKET CLERK             18-118

                             SECT. F  MAG. 1

X  NO MAGISTRATE PAPERS WERE FOUND

FOR

NAME: WILLIAM MCGINNESS, PAUL TALLMAN, ALEX MADRIAGA, WAYNE ANDREWS & RENE RIZAL

Initials: DAS

If you receive this note without any initials, please return the entire packet to criminal desk.

Thank you