## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 18-118 |
| VERSUS | SECTION "F" |
| WILLIAM MCGINNESS<br>PAUL TALLMAN<br>ALEX MADRIAGA<br>WAYNE ANDREWS<br>RENE RIZAL | VIOLATION: 18 USC § 371<br>18 USC § 554<br>16 USC § 3372(d)(2)<br>16 USC § 3373(d)(3)(A)<br>18 USC § 2 |

### NOTICE OF 5A/ARRAIGNMENT

Take Notice that this criminal case has been set for 5A/ARRAIGNMENT on **JUNE 25, 2018, at 2:00 p.m.** before MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR., 5000 Poydras Street, Courtroom B-421, New Orleans, LA 70130.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

| | |
|---|---|
| DATE: May 31, 2018 | WILLIAM W. BLEVINS, CLERK<br>by: Kimberly A. County, Deputy Clerk |
| TO: | |
| WILLIAM MCGINNESS<br>BUENA PARK, CA<br>**COUNSEL FOR MCGINNESS:**<br>ROBERT TOALE<br>Toalebooth@aol.com | AUSA   GREGORY M. KENNEDY<br>DOJ/ENRD:  MARY DEE CARRAWAY<br><br>U.S. Marshal |
| PAUL TALLMAN<br>DESTREHAN, LA<br>**COUNSEL FOR TALLMAN:**<br>WILLIAM P. GIBBENS<br>billy@semmlaw.com | U.S. Probation/Pretrial Services Unit<br><br>**JUDGE FELDMAN** |
| ALEX MADRIAGA<br>BUENA PARK, CA<br>**COUNSEL FOR MADRIAGA:**<br>BRIAN CAPITELLI<br>brian@capitelliandwicker.com | **MAGISTRATE JUDGE**<br><br>FOREIGN LANGUAGE INTERPRETER:<br>NONE |
| WAYNE ANDREWS<br>ROYAL OAKS, CA<br>**COUNSEL FOR ANDREWS:** | AGENCY:  U. S. FISH & WILDLIFE SERVICE<br>SPECIAL AGENT BEN BRYANT |
| RENE RIZAL<br>LA MIRADA, CA<br>**COUNSEL FOR RIZAL:**<br>ELIZABETH CARPENTER<br>ebc@neworleans-criminal-defense.com | If you change address, notify<br>Clerk of Court by phone,<br>(504) 589-7682 |