MINUTE ENTRY
WILKINSON, M.J.
JUNE 25, 2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL |
| VERSUS | NO. 18-118 |
| RENE RIZAL | SECTION F |

### CRIMINAL ARRAIGNMENT

APPEARANCES: X  DEFENDANT
               X  COUNSEL FOR DEFENDANT  *Elizabeth Carpenter*
               X  ASSISTANT U.S. ATTORNEY  MARY CARRAWAY, GREGORY KENNEDY
               ___ INTERPRETER  _____  SWORN
               (TIME:  ____.M  to  ____.M)

X / READING OF THE INDICTMENT: READ (WAIVED) SUMMARIZED
X / DEFENDANT ADVISED OF THE MAXIMUM PENALTY
X / DEFENDANT PLEADS NOT GUILTY TO ALL COUNTS
X / SPECIAL PLEADINGS SHALL BE FILED NO LATER THAN SEVEN DAYS PRIOR TO THE FINAL PRETRIAL CONFERENCE UNLESS OTHERWISE ORDERED BY THE DISTRICT JUDGE.

__/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

X / DEFENDANT RELEASED ON ORIGINAL BOND

__/ BAIL SET AT _____

__/ DEFENDANT RELEASED ON NEW BOND

__/ OTHER: _____

**NOTICE:** X / PRE-TRIAL CONFERENCE: **AUGUST 9, 2018 AT 10:30 AM**

**BEFORE UNITED STATES DISTRICT JUDGE MARTIN L. C. FELDMAN**

X / TRIAL: **AUGUST 27, 2018 AT 9:00 AM**

**BEFORE UNITED STATES DISTRICT JUDGE MARTIN L. C. FELDMAN**

MJSTAR: 00: 02