IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUSIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | **CRIMINAL NO. 18-118** |
| v. | * | |
| | * | **SECTION "F"(1)** |
| **WILLIAM MCGINNESS, *ET AL*.** | * | |
| | * | |

\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Motion,

**IT IS HEREBY ORDERED** that the pretrial conference, presently set for October 11, 2018 at 10:30 a.m. is continued until __February 27, 2019 at 10:30 a.m._____.

**IT IS FURTHER ORDERED** that the trial, presently set for October 29, 2018 at 9:00 a.m. is continued until ___March 18, 2019 at 9:00 a.m._____, pursuant to Title 18, United States Code. Section 3161(h)(7)(A).

In granting this Motion for Continuance, the Court makes the following findings: The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial. The ends of justice will be served by allowing the government's expert witness to be available to testify at trial.

Accordingly, the Court finds the period of this continuance is excludable time under the Speedy Trial Act, Title 18, United State Code, Section 3161 *et seq*.

New Orleans, Louisiana, this  24th  day of   August   , 2018.

_____
HONORABLE MARTIN L.C. FELDMAN
UNITED STATES DISTRICT JUDGE