UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 18-118 |
| VERSUS | SECTION "F" |
| WILLIAM MCGINNESS<br>PAUL TALLMAN<br>RENE RIZAL | VIOLATION: 18 USC § 371<br>18 USC § 554<br>16 USC § 3372(d)(2)<br>16 USC § 3373(d)(3)(A)<br>18 USC § 2 |

NOTICE OF TRIAL AND PRE-TRIAL CONFERENCE
(previously set for 7/29/2019)

Take Notice that this criminal case has been set for TRIAL on **SEPTEMBER 16, 2019, at 9:00 a.m.** before Judge Martin L. C. Feldman, Federal Courthouse Building, 500 Poydras Street, Courtroom C-551, New Orleans, LA 70130.   A FINAL PRE-TRIAL CONFERENCE will be held on August 20, 2019  at 1:30 p.m.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

| | |
|---|---|
| DATE: June 28, 2019 | WILLIAM W. BLEVINS, CLERK<br>by: Cherie B. Stouder, Deputy Clerk |
| TO:<br>WILLIAM MCGINNESS<br>BUENA PARK, CA | |
| | AUSA   GREGORY M. KENNEDY<br>DOJ/ENRD:  MARY DEE CARRAWAY |
| **COUNSEL FOR MCGINNESS:**<br>ROBERT TOALE | |
| | U.S. Marshal |
| PAUL TALLMAN<br>DESTREHAN, LA | U.S. Probation/Pretrial Services Unit |
| **COUNSEL FOR TALLMAN:**<br>WILLIAM P. GIBBENS<br>IAN ATKINSON | **JUDGE FELDMAN**<br><br>**MAGISTRATE JUDGE** |
| RENE RIZAL<br>CERRITOS, CA | FOREIGN LANGUAGE INTERPRETER:<br>NONE |
| **COUNSEL FOR RIZAL:**<br>ELIZABETH CARPENTER | AGENCY:  U. S. FISH & WILDLIFE SERVICE<br>SPECIAL AGENT BEN BRYANT |
| | If you change address, notify<br>Clerk of Court by phone,<br>(504) 589-7683 |